UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Leon A. Trzaskawka Jr. | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 17-16055JKF |

### ORDER GRANTING DEBTOR'S MOTION TO IMPOSE THE AUTOMATIC STAY PERSUANT TO 11 U.S.C. § 362(c)(4)

AND NOW, this __29th__ day of __September__, 2017 upon consideration of the Motion of Leon A. Trzaskawka for an Extension of the Automatic Stay, it is hereby;

ORDERED and DECREED that the filing of the above captioned matter was done in good faith as to the creditors to be stayed and thus, the automatic stay shall be continued indefinitely as to all creditors;

FURTHER ORDERED:

_/s/ Jean K. FitzSimon_
Judge Jean K. FitzSimon