IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Leon A. Trzaskawka, Jr. | : | |
| | : | Case No.:17-16055 MDC |
| | : | |
| Debtor(s) | : | Chapter 13 |

## PRAECIPE TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

TO THE COURT:

     On behalf of the Debtor, please convert the above captioned matter from a Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy. Additionally, the applicable schedules and statements will be filed with the Court.

Dated: December 29, 2017         /s/ Brad J. Sadek, Esquire
                                              Brad J. Sadek, Esquire
                                              Sadek and Cooper
                                              "The Philadelphia Building"
                                              1315 Walnut Street, #502
                                              Philadelphia, PA 19107
                                              215-545-0008