IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
|    Leon Trzaskawka | : |
| | :   Case No.:17-16055MDC |
| | : |
| Debtor(s) | :   Chapter 13 |

## PRAECIPE  TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

TO THE COURT:

     On behalf of the Debtor, please convert the above captioned matter from a Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy.  Additionally, the applicable schedules and statements will be filed with the Court.


Dated: January 2, 2018                    /s/ Brad J. Sadek, Esquire
                                                                Brad J. Sadek, Esquire
                                                                Sadek and Cooper
                                                                "The Philadelphia Building"
                                                                1315 Walnut Street, #502
                                                                Philadelphia, PA 19107
                                                                215-545-0008