# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

Leon A. Trzaskawka, Jr.

: Chapter 13
:
: Case No.: 17-16055
:

## PRAECIPE TO CHANGE DEBTOR'S ADDRESS

TO THE CLERK:

Kindly change the Debtor's address from 199 Blue Ridge Drive Levittown, PA 19057 to: **9071 Mill Creek Road Apt 2608 Levittown, PA 19054**

Dated: February 26, 2018

*/s/ Brad J. Sadek*
Brad J. Sadek, Esquire
Counsel for Debtor