Certificate Number: 03088-PAE-DE-030737057

Bankruptcy Case Number: 17-16055



03088-PAE-DE-030737057

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 18, 2018, at 7:04 o'clock PM CDT, Leon A Trzaskawka Jr. completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 18, 2018              By:    /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor